# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Tonzale M. Bradley | ) | Chapter 13 |
|  | ) | Case No. 19 B 07411 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Tonzale M. Bradley
5515 W Hirsch St,
Apt 1
Chicago, IL  60651

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On September 05, 2019 at  9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, August 27, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On March 18, 2019, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on May 09, 2019, for a term of 60 months with payments of $625.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 5 | $3,125.00 | $1,442.30 | $1,682.70 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 08/26/2019
Due Each Month: $625.00
Next Pymt Due: 09/17/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 04/10/2019 | TOTALSOURCE | $288.46 | 04/24/2019 | TOTALSOURCE | $288.46 |
| 05/08/2019 | TOTALSOURCE | $288.46 | 05/22/2019 | TOTALSOURCE | $288.46 |
| 06/05/2019 | TOTALSOURCE | $288.46 | | | |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE